## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DEXTER MOORE KING**                                                    **PLAINTIFF**

**V.**                              **NO. 3:12CV00312-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Plaintiff Dexter Moore King's appeal is denied, and judgment is entered in favor

of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 13th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE